UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith,

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

**Court File No. 01-1301 (JEL/AJB)**

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER AMENDING SCHEDULING ORDER**

---

The undersigned parties stipulate to and jointly move this Court for an amendment to the Pretrial Scheduling Order dated September 7, 2001. This case was brought by Dr. Michael Smith to recover damages caused by an alleged breach of contract by the Defendant UnumProvident Corporation and The Paul Revere Life Insurance Company. Through discovery, the parties have been successful in narrowing the issues. At present, the parties are in the process of exchanging information regarding Dr. Smith's income and his physical disability. Later this month or early next month, the parties will be meeting to confer on a potential settlement. Essentially, once the parties can agree on the calculation of Dr. Smith's monthly earnings, post-disability and the Defendants are apprized of Dr. Smith's present physical condition, there will be minimal barriers to settlement.

The Scheduling Order of September 7, 2001, provides that dispositive motions must be served, filed and heard by August 1, 2002. Both parties believe that the aforementioned settlement

62890.WPD

FILED JUN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

process will be more likely to succeed if it is not conducted with a pending motion for summary judgment before the Court. In light of this concern, and in view of the likelihood of settlement, the parties jointly request the Court amend the scheduling order to permit dispositive motions to be served, filed and heard by September 13, 2002, and that the case be ready for trial upon resolution of any pending dispositive motions, or on November 1, 2002.

Dated: June 12, 2002.

**BONNER & BORHART LLP**

By________________________
John F. Bonner, III (#9726)
Thomas F. DeVincke (#301759)
Suite 1500 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402-3205
Tele: 612/313-0711
***Attorneys for Plaintiff***

Dated: June 12, 2002.

**KRASS MONROE, P.A.**

By________________________
John Harper, III (#41397)
~~1100 Southpoint~~ Office Center
1650 West 82nd Street
Minneapolis, Minnesota 55431
Tele: 952/885-5999
***Attorneys for Defendants***

The Court has reviewed the Stipulation of the parties and, in consideration thereof,

**IT IS HEREBY ORDERED:**

The Scheduling Order is amended as follows:

1. Dispositive motions must be served, filed and heard by September 13, 2002

2. This case shall be ready for trial upon resolution of any pending dispositive motions, or on November 1, 2002.

BY THE COURT:

DATED: 6/17/02

ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE

62890.WPD