UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith,

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

**Court File No. 01-1301 (JEL/JGL)**

**SECOND STIPULATION TO AMEND SCHEDULING ORDER AND ORDER AMENDING SCHEDULING ORDER**

---

The undersigned parties stipulate to and jointly move this Court for an amendment to the Amended Scheduling Order dated June 7, 2002. This case was brought by Dr. Michael Smith to recover damages caused by an alleged breach of contract by the Defendant UnumProvident Corporation and The Paul Revere Life Insurance Company. Through discovery, the parties have been successful in narrowing the issues. At present, the parties are in the process of exchanging information regarding Dr. Smith's income and his physical disability. Later this month , the parties will be conferring on a potential settlement. Essentially, once the parties can agree on the calculation of Dr. Smith's post-disability monthly earnings, and the Defendants are apprized of Dr. Smith's present physical condition, there will be minimal barriers to settlement.

The Amended Scheduling Order, provides that dispositive motions must be served, filed and heard by September 13, 2002. Both parties believe that the aforementioned settlement process will

64594

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

The Court has reviewed the Second Stipulation of the parties and, in consideration thereof,

**IT IS HEREBY ORDERED:**

The Scheduling Order is amended as follows:

1. Dispositive motions must be served, filed and heard by October 30, 2002.

2. This case shall be ready for trial upon resolution of any pending dispositive motions.

BY THE COURT:

DATED: Aug. 7, 2002

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE