UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith,

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

**Court File No. 01-1301 (JEL/JGL)**

**THIRD STIPULATION TO AMEND SCHEDULING ORDER AND ORDER AMENDING SCHEDULING ORDER**

---

The undersigned parties stipulate to and jointly move this Court for an amendment to the Second Amended Scheduling Order. This case was brought by Dr. Michael Smith to recover damages caused by an alleged breach of contract by the Defendant UnumProvident Corporation and The Paul Revere Life Insurance Company. Through discovery, the parties have been successful in narrowing the issues. At present, the parties are in the process of exchanging information regarding Dr. Smith's income and his physical disability. Essentially, once the parties can agree on the calculation of Dr. Smith's post-disability monthly earnings, and the Defendants are apprized of Dr. Smith's present physical condition, there will be minimal barriers to settlement.

The Second Amended Scheduling Order, provides that dispositive motions must be served, filed and heard by October 30, 2002. In view of the likelihood of settlement, the parties jointly request the Court amend the scheduling order to permit dispositive motions to be served, filed and



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

heard by December 31, 2002, and that the case be ready for trial upon resolution of any pending dispositive motions.

Dated: October 2, 2002.

**BONNER & BORHART LLP**

By______________________

John F. Bonner, III (#9726)
Thomas F. DeVincke (#301759)
1750 Pillsbury Center
220 South Sixth Street
Minneapolis, Minnesota 55402-4511
Tele: 612/313-0711
***Attorneys for Plaintiff***

Dated: October 2, 2002.

**KRASS MONROE, P.A.**

By______________________

John Harper, III (#41397)
1100 Southpoint Office Center
1650 West 82nd Street
Minneapolis, Minnesota 55431
Tele: 952/885-5999
***Attorneys for Defendants***

The Court has reviewed the Stipulation of the parties and, in consideration thereof,

**IT IS HEREBY ORDERED:**

The Scheduling Order is amended as follows:

1. Dispositive motions must be served, filed and heard by December 31, 2002.

2. This case shall be ready for trial upon resolution of any pending dispositive motions.

BY THE COURT:

DATED: Oct. 17, 2002

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE