UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith,

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

**Court File No. 01-1301 (JEL/JGL)**

**FOURTH STIPULATION TO AMEND SCHEDULING ORDER AND ORDER AMENDING SCHEDULING ORDER**

---

The undersigned parties stipulate to and jointly move this Court for an amendment to the Third Amended Scheduling Order. This case was brought by Dr. Michael Smith to recover damages caused by an alleged breach of contract by the Defendant UnumProvident Corporation and The Paul Revere Life Insurance Company. Through discovery, the parties have been successful in narrowing the issues. At present, the parties are in the process of exchanging information regarding Dr. Smith's income after the date of disability. Once the parties are in possession of certain documents detailing Dr. Smith's post-disability activities, the parties will be in a position to either settle this lawsuit or the parties will be certain that the matter should be placed before the Court or jury for adjudication.

The present Scheduling Order provides that dispositive motions must be served, filed and heard by December 31, 2002. In view of the likelihood of settlement, the parties jointly request the Court amend the scheduling order to permit dispositive motions to be served, filed and heard by



FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

March 15, 2003, and that the case be ready for trial upon resolution of any pending dispositive motions.

Dated: November 13, 2002.

**BONNER & BORHART LLP**

By______________________

John F. Bonner, III (#9726)
Thomas F. DeVincke (#301759)
1750 Pillsbury Center
220 South Sixth Street
Minneapolis, Minnesota 55402-4511
Tele: 612/313-0711
***Attorneys for Plaintiff***

Dated: November 15, 2002.

**KRASS MONROE, P.A.**

By______________________

John Harper, III (#41397)
1100 Southpoint Office Center
1650 West 82nd Street
Minneapolis, Minnesota 55431
Tele: 952/885-5999
***Attorneys for Defendants***

68374.WPD

The Court has reviewed the Stipulation of the parties and, in consideration thereof,

**IT IS HEREBY ORDERED:**

The Scheduling Order is amended as follows:

1. Dispositive motions must be served, filed and heard by March 15, 2003.

2. This case shall be ready for trial upon resolution of any pending dispositive motions.

BY THE COURT:

DATED: Nov. 18, 2002

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE