**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Trial Calendar**
**The Honorable Joan N. Ericksen**

You appear as counsel of record on one or more of the actions listed on the attached calendar.

The cases will be called for trial **Tuesday, February 1, 2005. This calendar will run through the weeks of February 1st, 7th, 14th, and 21st.**

All cases shall be deemed ready for immediate trial commencing **February 1, 2005,** and will be called for trial on an as-needed basis. If you have an unavoidable conflict, you shall **IMMEDIATELY** contact Mrs. Sheri L. Frette, Calendar Clerk for The Honorable Joan N. Ericksen, 778 Federal Courts Building, St. Paul, MN 55101, (651) 848-1230. Any questions regarding this calendar should be directed to Mrs. Frette.

**Under no circumstances will the failure to have completed the taking of depositions or other discovery be deemed justification for a delay or continuance.**

Please follow Rules 39.1 and 39.2 of this district's local rules concerning trial practice. Please read these rules carefully and comply fully as you prepare for trial.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: November 24, 2004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL CALENDAR COMMENCING Tuesday, February 1, 2005**
**at 9:30 a.m., before JUDGE JOAN N. ERICKSEN**
**in St. Paul, Minnesota**

---

**JURY TRIAL** **CONTRACT**

1. K-Tel International, et al — Blake Shepard, Jr./ 612/335-1500
John M. Sheran/Susan M. Humiston

v. 00cv902 (JNE/JGL)

Tristar Products, Inc. — John B. Gordon/ 612/766-7000
Rachell F. Bond

**ESTIMATED TRIAL TIME: 6-8 days**

---

**JURY TRIAL** **CIVIL RIGHTS**

2. Robert K. Murphey, Jr. — James G. Ryan 612/338-3872

v. 01cv10 (JNE/JGL)

City of Minneapolis — Caroline M. Bachun 612/673-2010

**ESTIMATED TRIAL TIME: 4-5 days**

| | | |
|---|---|---|
| ___**JURY TRIAL** | **PERSONAL INJURY** | |
| 3. Scott Equipment Company | Andrew A. Dean/ Michael D. Schwartz | 952/937-5655 |
| v. 01cv906 (JNE/JGL) | | |
| Stedman Machine Company, | Charles E. Spevacek/ Thomas E. Propson | 612/338-0661 |
| | George E. Purdy/ Kathleen I. Lee | 317/684-5000 |
| | Nicholas Lewandowski | 952/835-3800 |
| | **ESTIMATED TRIAL TIME: 7 days** | |

| | | |
|---|---|---|
| ___**JURY TRIAL** | **INSURANCE** | |
| 4. Michael D. Smith | John F. Bonner/ Thomas F. DeVincke | 612/313–0711 |
| v. 01cv1301 (JNE/JGL) | | |
| UnumProvident Corp. | Christopher J. Jossart/ John Harper | 952/885-5999 |
| | **ESTIMATED TRIAL TIME: 3 days** | |

| | | |
|---|---|---|
| ____ **JURY TRIAL** | **INSURANCE** | |
| 5. St. Paul Mercury Insurance Company | Eric E. Caugh/ Patricia St. Peter | 612/339-2020 |
| v. 01cv297 and 01cv2161 (JNE/JGL) | | |
| JBA International, Inc. | Emily E. Duke/ Richard D. Snyder | 612/492-7000 |
| | **ESTIMATED TRIAL TIME: 5-7 days** | |

| | | | | |
|---|---|---|---|---|
| **COURT TRIAL** | | | **ERISA** | |
| 6. | Gary Starr | | Robert J. Bruno | 952/890-9171 |
| | v. 01cv1122 | (JNE/JGL) | | |
| | Metro Systems, Inc., | | Peter G. Van Bergen | 952/546-8400 |
| | | | **ESTIMATED TRIAL TIME: 1 day** | |