# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MICHAEL D. SMITH, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-1301 (JNE/JGL) |
| | ) | Date: 1/3/05 |
| UNUMPROVIDENT CORP, | ) | Court Reporter: N/A |
| | ) | Time Commenced: 1:30 P.M. |
| Defendant. | ) | Time Concluded: 2:15 P.M. |
| | ) | Time in Court: 0 Hours & 45 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Tom DeVincke

Defendant: Jack Harper

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached. Returning 1/24/05, 1:30 p.m.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge