# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MICHAEL D. SMITH, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-1301 (JNE/JGL) |
| | ) | Date: 1/26/05 |
| UNUMPROVIDENT CORP, | ) | Court Reporter: N/A |
| | ) | Time Commenced: 2:00 p.m. |
| Defendant. | ) | Time Concluded: 2:10 p.m. |
| | ) | Time in Court: 0 Hours & 10 Minutes |

Hearing on: **CONFERENCE CALL**

APPEARANCES:

Plaintiff: Tom DeVincke

Defendant: John Harper

PROCEEDINGS: CONFERENCE CALL

- ☐ Settlement reached.
- ☐ No settlement reached.
- ☒ Status conference regarding settlement; settlement conference 1/24/05 cancelled per joint request of parties. Parties will not need jury trial; may submit 2-3 issues in writing to Judge Ericksen.
- ☐ Dates discussed for the progression of the case.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge