# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Michael D. Smith, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01CV1301 (JNE/JGL) |
| | ) | Date: January 26, 2005 |
| UnumProvident Corp., | ) | Court Reporter: No Reporter or Tape |
| | ) | Time Commenced: 2:15 p.m. |
| Defendant. | ) | Time Concluded: 2:45 p.m. |
| | ) | Time in Court: 30 Minutes |
| | ) | |

Hearing on:

APPEARANCES:

Plaintiff: Thomas F. DeVincke
Defendant: John Harper\

PROCEEDINGS: Telephone Status Conference

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk