November 23, 2005

The Honorable Joan Ericksen
U.S. District Court
300 South Fourth Street, Suite 12W
Minneapolis, MN 55415

Re: *Michael D. Smith v. UnumProvident Corporation and The Paul Revere Life Insurance*
Our File No. 10363-38
Court File No 01-1301 JEL/AJB

Dear Judge Ericksen:

As the Court may recall from earlier this year, the parties agreed to forgo a trial of the three remaining disputed issues in this case and to submit these issues to you for decision. In this regard, the parties have agreed to stipulate to certain facts and to a briefing schedule.

The issues to be submitted to the Court are as follows:

1. Is the 7% annual increase referenced in the definition of Prior Earnings in the Policies calculated using a simple or compound interest.

2. What is the proper number of paychecks to include in the calculation of Smith's Prior Earnings under the Policies.

3. Is UNUM equitably estopped from claiming that Smith's IME income must be included in the calculation of Monthly Earnings under the Policies.

Please note the above issues are set forth in the Stipulation of Facts, paragraph 21, which has been filed with the court and a copy enclosed with this letter.

In submitting this matter to you, the parties have agreed, subject to your blessing, to submit briefs and other supporting papers in support of their respective positions on or before January 13, 2006, and reply briefs on or before January 27, 2006.

If the above briefing schedule does not meet with your approval or if the Court has any questions or concerns with regard to proceeding as outlined, kindly contact Counsel.

Thank you for your attention to this matter.

Respectfully submitted,

s/Thomas F. DeVincke, attorney for plaintiff
s/John Harper III, attorney for defendants

Enclosure

G:\WPDATA\U\UNUMPROVIDENT 10363\038-SMITH.M\COR\ERICKSEN JH 3.DOC