UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael D. Smith,

Plaintiff,

vs.

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

Court File No 01-1301 JEL/JGL

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants' Motion for Summary Judgment is based upon the motion papers submitted herewith and all other matters contained in the file.

Dated: January 13, 2006

s/C. John Jossart
John Harper III, #41397
C. John Jossart, #295048
8000 Norman Center Drive
Suite 1000
Minneapolis, MN 55437-1178
*Attorneys for Defendants*

G:\WPDATA\U\UNUMPROVIDENT 10363\038-SMITH.M\PLD\MOTION FOR SJ.DOC