UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael D. Smith,

Plaintiff,

vs.

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

Court File No 01-1301 JEL/JGL

**NOTICE OF MOTION AND MOTION**

TO: PLAINTIFF, MICHAEL D. SMITH, AND HIS ATTORNEY, MR. THOMAS F. DEVINCKE, BONNER & BORHART, LLP, 1750 Pillsbury Center, 220 South Sixth Street, Minneapolis, MN 55402-4511

Please take note that at 2:00 p.m. on the 20th day of March, 2006, Defendants will bring a Motion for Summary Judgment in the above-entitled matter pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendants' Motion will be heard before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55414. Defendants' Motion is based on the filed and records contained herein together with submittals of counsel.

Dated: January 13, 2006

s/C. John Jossart
John Harper III, #41397
C. John Jossart, #295048
8000 Norman Center Drive
Suite 1000
Minneapolis, MN 55437-1178
*Attorneys for Defendants*