UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael D. Smith,

Plaintiff,

vs.

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

Court File No 01-1301 JEL/JGL

**AFFIDAVIT OF C. JOHN JOSSART**

State of Minnesota )
) ss.
County of Hennepin )

C. John Jossart, being first duly sworn upon oath, states and deposes that:

1. Your Affiant is one of Defendants' attorneys in the above-entitled matter and makes this Affidavit in support of Defendants' Motion for Summary Judgment.

2. Attached hereto and incorporated herein by reference as Exhibit 1 is a true and accurate copy of the unpublished decision of Turner v. Unum Provident Corporation, Case No. 03-75180 (E.D. Mich. August 30, 2004).

3. Attached hereto and incorporated herein by reference as Exhibit 2 is a true and accurate copy of the unpublished decision of Nieto v. The Paul Revere Life Insurance Company, Case No. BC 290702 (Sup. Ct. Cal. January 30, 2004).

4. Attached hereto and incorporated herein by reference as Exhibit 3 is a true and accurate copy of the unpublished decision of Pastor v. Florey, 2000 WL 388062, *4 (Minn. Ct. App. April 18, 2000).

5. Attached hereto and incorporated herein by reference as Exhibit 4 is a true and accurate copy of the unpublished decision of Franklin Outdoor Advertising Company v. Hovanetz, 1995 WL 711125, *3 (Minn. Ct. App. December 5, 1995).

6. Attached hereto and incorporated herein by reference as Exhibit 5 is a true and accurate copy of the unpublished decision of Mueller Family Theaters v. McMenomy, 1998 WL 462357, *3 (Minn. Ct. App. August 11, 1998).

Further your Affiant saith not.

C. John Jossart

C. John Jossart

Subscribed and sworn to before me
this 10th day of January, 2006.

Patricia M. Hayes

Notary Public

PATRICIA M. HAYES
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2007

G:\WPDATA\U\UNUMPROVIDENT 10363\038-SMITH.M\PLD\AFF OF CJJ 2.DOC