UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael D. Smith,

Plaintiff,

vs.

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

---

Court File No 01-1301 JEL/JGL

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

I, C. John Jossart, certify that Defendants' Memorandum in Support of their Motion for Summary Judgment complies with Local Rule 7.1(c).

I further certify that, in preparation of this Memorandum, I used Microsoft Word Version 2003, and this word processing program has been applied specifically to all text, including headings, footnotes and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 4,574 words.

Dated: January 13, 2006

s/C. John Jossart
John Harper III, #41397
C. John Jossart, #295048
1650 West 82nd Street, Suite 1100
Minneapolis, MN 55431
Telephone: (952) 885-5999
*Attorneys for Defendants*

G:\WPDATA\U\UNUMPROVIDENT 10363\038-SMITH.M\PLD\CERT OF COMPLIANCE.DOC