UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith,

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

Court File No. 01-1301 (JNE/AJB)

**AFFIDAVIT OF
THOMAS F. DEVINCKE
IN SUPPORT OF PLAINTIFF'S
MOTION FOR JUDGMENT**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

1. Thomas F. DeVincke, am an attorney duly licensed to practice law in the State of Minnesota and am admitted to practice before the United States District Court for the District of Minnesota.

2. I represent the Plaintiff Dr. Michael D. Smith in the above-captioned civil action.

3. Attached hereto as Exhibit A is a t rue and correct copy of Michael D. Smith's pay check dated January 6, 1997.

4. Attached hereto as Exhibit B is a true and correct copy of Michael D. Smith's pay check dated July 3, 1997.

**FURTHER AFFIANT SAITH NOT.**

/s/ Thomas F. DeVincke
Thomas F. DeVincke

Subscribed and sworn to before me this
13th day of January, 2006.

/s/ E.M. Walstrom
Notary Public - Minnesota
My Commission Expires 1/31/10.