(1)

**EXHIBIT A**

1st paycheck of 1997
but 1996 hours

| | | | | | | |
|---|---|---|---|---|---|---|
| MITH MD, MICHAEL D<br>File: 000205<br>Dept: 510<br>Rate: 11538.00 | | 11,538.00 | 11,538.00 | 3,115.26 FIT 900.00 MN<br>710.75 SS<br>166.22 MED | 5879.26 W CHECK<br>55.00 I INS | 461.52 N- K 401K<br>19.23 F FLEX<br>692.28 K 401K | Voucher#<br>010005 |
| DEPT TOTAL<br>510 | .00 REG<br>.00 O/T<br>.00 HOURS 3<br>.00 HOURS 4 | 57,690.00 REG<br>.00 EARNINGS 3<br>.00 EARNINGS 5 | .00 O/T<br>.00 EARNINGS 4<br>57,690.00 GROSS | 16,153.20 FIT<br>3,544.24 SS<br>828.88 MED<br>4,744.08 STATE | 32,419.60 TOTAL DEDUCTIONS | | 5 Pays<br>.00 |

MEMO ANALYSIS: 2,307.60 K 401K

STATUTORY DED. ANALYSIS: 4,744.08 20 MN

VOLUNTARY DED. ANALYSIS: 17.63 A ATLIFE 192.31 D DCARE 57.69 F FLEX 275.00 I INS
3,461.40 K 401K 28,415.57 W CHECK

ADP® Payroll Register

TWIN CITIES SPINE
Company Code: LAU

Batch : 2006

Period Ending : 12/27/96
Pay Date : 01/06/97

Week 01
Page 1

1996 Automatic Data Processing, Inc.

**EXHIBIT B**

last check
b/4 disability

REG

| | | | | | | |
|---|---|---|---|---|---|---|
| ITH MD,MICHAEL D<br>le: 000205<br>ept: 510<br>ate: 15000.00 | | 15,000.00 | 15,000.00 | 4,050.00 FIT 900.00 MN<br>216.42 MED | 9759.35 W CHECK 19.23 F FLEX<br>55.00 I INS | Voucher# 270005 .00 |
| EPT TOTAL<br>510 | .00 REG<br>.00 O/T<br>.00 HOURS 3<br>.00 HOURS 4 | 60,500.00 REG<br>.00 EARNINGS 3<br>.00 EARNINGS 5 | .00 O/T<br>.00 EARNINGS 4<br>60,500.00 GROSS | 16,640.00 FIT<br>.00 SS<br>868.61 MED<br>4,209.00 STATE | 38,782.39 TOTAL DEDUCTIONS | 5 Pays .00 .00 |

MO ANALYSIS: 200.00 K 401K

ATUTORY DED. ANALYSIS: 4,209.00 20 MN

LUNTARY DED. ANALYSIS: 17.63 A ATLIFE 192.31 D DCARE 57.69 F FLEX 345.98 I INS

300.00 K 401K [illegible] W CHECK 5.8[illegible] X CHECK

Voucher# 270006 .00

Voucher# 270007 .00