UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith,

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

Court File No. 01-1301 (JNE/AJB)

LR 7.1( c ) Word Count Compliance Certificate Regarding Plaintiff's Memorandum of Law In Support Of His Motion For Judgment

---

I, Thomas F. DeVincke, certify that Plaintiff's Memorandum Of Law In Support of His Motion for Judgment complies with Local Rule 7.1 ( c ). I further certify that, in preparation of this memorandum, I used WordPerfect, and this program has been applied to all text and quotations in the following word count. I further certify that the above-referenced Memorandum contains 3,011 words.

Dated: January 13, 2006.

/s/ Thomas F. DeVincke

Thomas F. DeVincke (#301759)
**BONNER & BORHART LLP**
1950 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 344-1222
Facsimile: (612) 455-2055
*Attorneys for Plaintiff*