UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith, Court File No. 01-1301 (JNE/AJB)

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

---

**CERTIFICATE OF SERVICE**

I certify that on January 13, 2006, I caused a copy of the Proposed Order to be served upon the below-listed counsel by sending a copy by facsimile transmission to the below-listed facsimile numbers. I further certify that I caused a copy of the Memorandum of Law, Affidavit of Thomas F. DeVincke, and Word Count Compliance Certificate to be filed electronically with the Clerk of Court through ECF, and that ECF will send a notice of the filing to the following:

John Harper, III, Esq.
Krass Monroe, P.A.
8000 Norman Center Drive
Suite 1000
Bloomington, MN 55437
952-885-5969 (facsimile)

Dated: January 13, 2006. /s/ Thomas F. DeVincke
Thomas F. DeVincke

BONNER & BORHART LLP
Thomas F. DeVincke (#301759)
1950 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 344-1222
Facsimile: (612) 455-2055
*Attorneys for Plaintiff*