# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2005, I caused the following documents:

1. Defendants' Reply Memorandum of Law in Support of their Motion for Summary Judgment; and
2. Certificate of Service

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

Thomas F. Devincke
Bonner & Borhart
1950 U.S. Bank Plaza
220 South Sixth Street
Minneapolis MN 55402-4511

Dated: January 27, 2006.

**KRASS MONROE, P.A.**

s/C. John Jossart
John Harper III (ID 41397)
C. John Jossart (ID # 295048)
Attorneys for Defendants
8000 Norman Center Drive, Suite 1000
Minneapolis, MN 55437
Telephone: (952) 885-5999
Fax: (952) 885-5969