UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith,

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

Court File No. 01-1301 (JNE/AJB)

REPLY MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT

---

**CERTIFICATE OF SERVICE**

I certify that on January 27, 2006, I caused a copy of Plaintiff's Reply Memorandum Of Law In Opposition To Defendants' Motion for Judgment to be filed electronically with the Clerk of Court through ECF, and that ECF will send a notice of the filing to John Harper, III, Esq., Krass Monroe, P.A., 8000 Norman Center Drive, Suite 1000, Minneapolis, MN 55437.

Dated: January 27, 2006. /s/ Thomas F. DeVincke

Thomas F. DeVincke

**BONNER & BORHART LLP**
Thomas F. DeVincke (#301759)
1950 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 344-1222
Facsimile: (612) 455-2055

105253.WPD

*Attorneys for Michael D. Smith*