**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Trial Calendar**
**The Honorable Joan N. Ericksen**

You appear as counsel of record on one or more of the actions listed on the attached calendar. The cases will be called for trial **Tuesday, February 13, 2007. This calendar will run through the week of February 26, 2007.**

All cases shall be deemed ready for immediate trial commencing **February 13, 2007,** and will be called for trial on an as-needed basis. If you have an unavoidable conflict, you shall **IMMEDIATELY** contact Mrs. Sheri L. Frette, Calendar Clerk for The Honorable Joan N. Ericksen, 300 South Fourth Street, Suite 12W, Minneapolis, MN 55415, (612) 664-5890. Any questions regarding this calendar should be directed to Mrs. Frette.

**Under no circumstances will the failure to have completed the taking of depositions or other discovery be deemed justification for a delay or continuance.**

Please follow Rules 39.1 and 39.2 of this district's local rules concerning trial practice. Please read these rules carefully and comply fully as you prepare for trial.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: December 22, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL CALENDAR COMMENCING Tuesday, February 13, 2007**
**at 9:30 a.m., before JUDGE JOAN N. ERICKSEN**
**in Minneapolis, Minnesota**

---

| | | | |
|---|---|---|---|
| **JURY TRIAL** | | **PERSONAL INJURY** | |
| 1. | James M. and Doris Murray, | Richard D. Stochl | 641/394-5943 |
| | v. 04cv2788 (JNE/SRN) | | |
| | Mayo Foundation, Mayo Clinic, St. Mary's Hospital | William Stoeri/ Amy Hartman/Gillian Brennan Matthew Hanzel | 612/340-2600 |
| | | **ESTIMATED TRIAL TIME: 7 days** | |

---

| | | | |
|---|---|---|---|
| **JURY TRIAL** | | **CIVIL RIGHTS** | |
| 2. | William Matthews, | Albert Goins, Sr. | 612/339-3848 |
| | v. 03cv3275 (JNE/RLE) | | |
| | City of Minneapolis, et al. | James Moore | 612/673-2063 |
| | | **ESTIMATED TRIAL TIME: 3-4 days** | |

---

| | | | |
|---|---|---|---|
| **JURY TRIAL** | | **RICO** | |
| 3. | Midwest Transmission, Inc., | Gerald Weinrich | 507/288-5982 |
| | v. 03cv3331 (JNE/AJB) | | |
| | AAA Wholesale Transmissions and Parts, Inc., | John Dorgan | 612/729-1943 |
| | | **ESTIMATED TRIAL TIME: 5 days** | |

| | |
|---|---|
| **COURT TRIAL** | **FEDERAL TORT CLAIMS ACT** |
| 4. Leo's Landing, Inc., | Jeffrey Shaw 651/808-6600 |
| v. 04cv1470 (JNE/JSM) | |
| United States of America, | Friedrich Siekert 612/664-5600 |
| | **ESTIMATED TRIAL TIME: 4 days** |

| | |
|---|---|
| **COURT TRIAL** | **INSURANCE CONTRACT** |
| 5. Michael D. Smith, | John Bonner 612/313-0711<br>Thomas DeVincke |
| v. 01cv1301 (JNE/AJB) | |
| UnumProvident Corp. | John Jossart 952/885-5999 |
| | **ESTIMATED TRIAL TIME: 1 day** |