UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith, Court File No. 01-1301 (JNE/AJB)

Plaintiff,

-vs- **Stipulation of Dismissal With Prejudice**

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

---

The parties stipulate, by and through their undersigned counsel, that the above-titled action is hereby dismissed on its merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Date: February 12, 2007.

BONNER & BORHART LLP

By: /s/ Thomas F. DeVincke
Thomas F. DeVincke (#301759)
U.S. Bank Plaza - Suite 1950
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 313-0711
tfd@bdbllp.com
Attorneys for Plaintiff

Date: February 12, 2007.

KRASS MONROE, P.A.

By: /s/ John Harper, III
John Harper, III (#41397)
Terrance J. Wagener (#213676)
8000 Norman Center Drive, Suite 1000
Bloomington, MN 55437
Telephone: (952) 885-5999
jharper@krassmonroe.com
twagener@krassmonroe.com
Attorneys for Defendants