UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Michael D. Smith,

Plaintiff,

-vs-

UnumProvident Corporation and
The Paul Revere Life Insurance Company,

Defendants.

Court File No. 01-1301 (JNE/AJB)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation of the Parties, it is hereby ordered that the above-entitled action be dismissed with prejudice and without costs to any party.

**BY THE COURT:**

Dated: February 13, 2007

s/ Joan N. Ericksen
United States District Court Judge